UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN SCOTT and MICHELE SCOTT, his wife, | ) ) ) |
| Plaintiffs, | ) ) ) Civil Action No. 05-1070 |
| vs. | ) ) |
| TOYOTA MOTOR SALES, U.S.A. INC. and TOYOTA MOTOR NORTH AMERICA, INC., | ) ) ) |
| Defendants. | ) ) ) |

**ORDER OF DISMISSAL**

AND NOW, this __27th__ day of __Dec_____, 2005, upon consideration of the Stipulation of the parties, it is hereby ORDERED that all claims against Toyota Motor North America, Inc. are DISMISSED, with prejudice. The case shall proceed against Toyota Motor Sales USA, Inc.

_____ J.