UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN SCOTT and MICHELE SCOTT, his wife, <br><br> Plaintiffs, <br><br> vs. <br><br> TOYOTA MOTOR SALES, U.S.A. INC. and TOYOTA MOTOR NORTH AMERICA, INC., <br><br> Defendants. | Civil Action No. 05-1070 |

**ORDER OF COURT**

AND NOW, this 27th day of Dec, 2005, upon consideration of the Stipulation of the parties, it is hereby ORDERED that all Toyota Motor Corporation shall be joined as a defendant to this action. The Complaint shall be deemed to be amended to assert the identical negligence, strict liability and breach of warranty claims against Toyota Motor Corporation which have been asserted against Toyota Motor Sales U.S.A., Inc. To avoid any further pleading, Toyota Motor Corporation shall be deemed to have denied all liability. The caption of this action shall be amended and shall read as follows: KEVIN SCOTT and MICHELE SCOTT, his wife, Plaintiffs, vs. TOYOTA MOTOR SALES, U.S.A. INC. and TOYOTA MOTOR CORPORATION, Defendants.

_____ J.