IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN SCOTT and MICHELLE SCOTT, his wife,<br><br>Plaintiffs,<br><br>vs.<br><br>TOYOTA MOTOR SALES U.S.A., INC. and TOYOTA MOTOR CORPORATION,<br><br>Defendants. | Civil Action No. 05-1070 |

## ORDER OF COURT

AND NOW, this 18th day of April, 2007, upon consideration of the Plaintiff's Motion to Quash Subpoenas and the Response and Brief in Opposition filed on behalf of the Defendant, it is ORDERED that the Motion to Quash is DENIED. The subpoenas issued by this Court and directed to Allegheny General Hospital and the Armstrong County Probation Office are valid and enforceable. Those entities are directed to produce the documents requested in the subpoenas.

BY THE COURT,

_____ J.