IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN SCOTT and MICHELE SCOTT, his wife, | |
| Plaintiffs, | Civil Action No.: 05-1070 |
| vs. | |
| TOYOTA MOTOR SALES U.S.A., INC. and TOYOTA MOTOR CORPORATION | Honorable Gary L. Lancaster |
| Defendants. | |

## ORDER OF COURT

AND NOW, this 6 day of June 2008, upon consideration of the foregoing Amended Motion for Substitution it is hereby ORDERED, ADJUDGED and DECREED that Larry E. Scott, Administrator of the Estate of Kevin Scott be substituted as Plaintiff in the above captioned matter.

BY THE COURT:

_____, J.