IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY E. SCOTT, ETC., ET AL., )<br>     Plaintiffs, )<br>)<br>v. )<br>)<br>TOYOTA MOTOR SALES, U.S.A., )<br>INC., ET AL., )<br>     Defendants. ) | Civil Action No. 05-1070 |

ORDER

AND NOW, this 16th day of June, 2008, IT IS HEREBY ORDERED that a Daubert hearing will be held before the undersigned on Wednesday, July 9, 2008 at 10 a.m. in Courtroom #3A, 3rd floor, U.S. Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster            ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: All Counsel of Record